# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** § § § **Plaintiff,** § § **v.** § § **HTC CORPORATION and** § **HTC AMERICA, INC.,** § § | | Case No. 2:14-cv-690-JRG-RSP (Lead) |
| **LG ELECTRONICS, INC. and** § **LG ELECTRONICS USA, INC.,** § § **HUAWEI TECHNOLOGIES CO. LTD,** § **HUAWEI TECHNOLOGIES USA, INC.** § **and HUAWEI DEVICE USA, INC.,** § § **MOTOROLA MOBILITY LLC** § § **Defendants.** § | | Case No. 2:14-cv-691-JRG-RSP (Consolidated) Case No. 2:14-cv-687-JRG-RSP (Consolidated) Case No. 2:14-cv-689-JRG-RSP (Consolidated) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Parthenon Unified Memory Architecture LLC ("Plaintiff") and Defendants HTC Corporation and HTC America, Inc., LG Electronics, Inc. and LG Electronics USA, Inc., Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc. and Huawei Device USA, Inc., and Motorola Mobility LLC (collectively, "Defendants") in the above consolidated action file this joint motion to extend the deadline for filing any proposed amendments to the Docket Control Order, Protective Order, Discovery Order, or appointment of mediator.

As specified in the Court's Consolidation Order (D.E. 57), "[a]ny proposed amendments to the docket control order, protective order, discovery order, or appointment of a mediator shall be filed within two weeks of this Order." The parties request an extension of time of seven (7) days, up to, and including, January 7, 2015, to comply with this deadline. This extension is not

1

sought for purposes of delay, but rather to give the parties adequate time to resolve and narrow areas of dispute.

Dated: December 23, 2014

Respectfully Submitted,

*/s/ Michelle C. Replogle*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON P.C.**
101 North College
Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Fax: 903-531-38939

Jonathan E. Retsky
Lead Attorney
Illinois Bar No. 6201846
jretsky@winston.com
Stephen M. Wurth (*pro hac vice* motion pending)
Illinois Bar No. 6304340
swurth@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Michelle C. Replogle
Texas Bar No. 24034648
mreplogle@winston.com
**WINSTON & STRAWN LLP**
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

**COUNSEL FOR DEFENDANT,
MOTOROLA MOBILITY LLC**

*/s/ Thomas M. Melshiemer*
melsheimer@fr.com
Texas Bar No. 13922550

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
Jane Du
du@fr.com
Texas Bar No. 24076355
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

Brian G. Strand
strand@fr.com
Texas Bar No. 24081166
**FISH & RICHARDSON P.C.**
1221 McKinney Street
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 – Facsimile

**COUNSEL FOR DEFENDANTS**
**HUAWEI TECHNOLOGIES CO., LTD,**
**HUAWEI TECHNOLOGIES USA, INC., AND**
**HUAWEI DEVICES USA, INC**

*By: /s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Debby Gunter
State Bar No. 24012752
dgunter@findlaycraft.com
**FINDLAY CRAFT, P.C.**
102 N. College Ave.
Suite 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137 FAX

Michael J. Bettinger
Lead Attorney
California State Bar No. 122196
mike.bettinger@klgates.com
Curt Holbreich
California State Bar No. 168053
curt.holbreich@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200

3

San Francisco, California 94111
(415) 882-8200
(415) 882-8220 FAX

**ATTORNEY FOR DEFENDANTS
HTC CORPORATION AND
HTC AMERICA, INC.**

*/s/ Rajeev Gupta.*
Harry Lee Gillam
State Bar No. 07921800
**Gillam & Smith LLP**
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450 (Office)
(903) 934-9257(Facsimile)
gil@gillamsmithlaw.com (Email)
Andy Sonu (*pro hac vice*)
Smith R. Brittingham IV (*pro hac vice)*
Rajeev Gupta (*pro hac vice)*
Aidan C. Skoyles (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: andy.sonu@finnegan.com
smith.brittingham@finnegan.com
raj.gupta@finnegan.com
aidan.skoyles@finnegan.com

**ATTORNEYS FOR DEFENDANTS
LG ELECTRONICS, INC. AND
LG ELECTRONICS USA, INC.**

*/s/ Michael Dean McBride*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Alisa A. Lipski

4

Texas Bar No. 24041345
alipski@azalaw.com
Justin Chen
Texas Bar No. 24074204
jchen@azalaw.com

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: 909-757-6400
Facsimile: 909-757-2323

**ATTORNEYS FOR PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 23, 2014.

*/s/ Michelle C. Replogle*
Michelle C. Replogle