IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § § | Case No. 2:14-cv-690-JRG-RSP <br> LEAD CASE |
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC and LG ELECTRONCIS USA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § | Case No. 2:14-cv-691-JRG-RSP |

## ORDER

Pending before the Court is Defendants' Motion for Entry of General Order 13-20 (Dkt. No. 142, filed July 15, 2015). In order to ensure that the Parties adhere to the Court's expert report deadlines, briefing on the Motion is expedited as follows:

Plaintiff's response is due on or before **July 23, 2015**;

No reply or sur-reply will be considered.

**SIGNED this 19th day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE