# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:14-cv-00690-RSP |
| v. | ) ) | (Lead) |
| | ) ) | |
| HTC CORPORATION, et al., | ) ) | |
| | ) | Case No. 2:14-cv-00691-RSP |
| LG ELECTRONICS, INC., et al. | ) ) | (Consolidated) |
| Defendants. | ) ) ) | |

## FOURTH AMENDED DOCKET CONTROL ORDER

The Court, having considered Plaintiff Parthenon Unified Memory Architecture, LLC ("PUMA") and defendants HTC Corporation, HTC America, Inc., LG Electronics Inc., and LG Electronics U.S.A., Inc. ("Defendants") *Joint Motion to Amend the Docket Control Order*, hereby GRANTS the motion. It is hereby ORDERED that the following schedule of deadlines is in effect for PUMA's case against Defendants until further order of this Court:

| Current Dates | New Dates | Activity |
|---|---|---|
| May 2, 2016 | October 3, 2016 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| April 6, 2016 | September 9, 2016 | *Pretrial Conference – 9:00 AM in **Marshall, Texas** before Judge Roy Payne |

| | | |
|---|---|---|
| March 30, 2016 | August 1, 2016 | *Notify Court of Agreements Reached During Meet and Confer<br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| March 28, 2016 | July 29, 2016 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| March 3, 2016 | July 6, 2016 | *Deadline for Sur-Replies to Replies to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |
| March 21, 2016 | July 22, 2016 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| February 22, 2016 | June 23, 2016 | *Deadline for Replies to Responses to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |
| March 14, 2016 | July 15, 2016 | File Motions in Limine<br>The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| March 14, 2016 | July 15, 2016 | Serve Objections to Rebuttal Pretrial Disclosures |
| February 29, 2016 | July 1, 2016 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 11, 2016 | June 13, 2016 | *Deadline for Responses to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |

| February 22, 2016 | June 24, 2016 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| --- | --- | --- |
| January 25, 2016 | May 27, 2016 | *File Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) No dispositive motion or motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. |
| January 18, 2016 | May 6, 2016 | Deadline to Complete Expert Discovery |
| January 11, 2016 | April 22, 2016 | Serve Disclosures for Rebuttal Expert Witnesses |
| December 21, 2015 | April 1, 2016 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| December 14, 2015 | April 8, 2016 | *Deadline for Replies to Letter Briefs |
| December 7, 2015 | April 1, 2016 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| November 23, 2015 | March 25, 2016 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

**SIGNED this 22nd day of December, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE