**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** § § § § **Plaintiff,** § § v. § § **HTC CORPORATION and** § **HTC AMERICA, INC.,** § § | | Case No. 2:14-cv-690-RSP (Lead) |
| **LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.** § § § **Defendants.** § | | Case No. 2:14-cv-691-JRG-RSP (Consolidated) |

**AMENDED DOCKET CONTROL ORDER**

The Court, having considered Plaintiff Parthenon Unified Memory Architecture, LLC ("PUMA") and defendants HTC Corporation, HTC America, Inc., LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants") *Joint Motion to Amend the Docket Control Order,* hereby GRANTS the motion. It is hereby ORDERED that the following schedule of deadlines is in effect for PUMA's case against Defendants until further order of this Court:

| Current Dates | New Dates | Activity |
|---|---|---|
| October 3, 2016 | October 3, 2016 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| September 9, 2016 | September 9, 2016 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| August 1, 2016 | August 31, 2016 | *Notify Court of Agreements Reached During Meet and Confer<br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |

| July 29, 2016 | August 29, 2016 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
|---|---|---|
| July 6, 2016 | August 4, 2016 | *Deadline for Sur-Replies to Replies to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |
| July 22, 2016 | August 22, 2016 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| June 23, 2016 | July 25, 2016 | *Deadline for Replies to Responses to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |
| July 15, 2016 | August 15, 2016 | File Motions in Limine<br>The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| July 15, 2016 | August 15, 2016 | Serve Objections to Rebuttal Pretrial Disclosures |
| July 1, 2016 | August 1, 2016 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| June 13, 2016 | July 14, 2016 | *Deadline for Responses to Dispositive Motions or Motions to Strike Expert Testimony (including Daubert Motions) |
| June 24, 2016 | July 25, 2016 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| May 27, 2016 | June 27, 2016 | *File Dispositive Motions or Motions to Strike Expert Testimony(including Daubert Motions)<br>No dispositive motion or motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. |
| May 6, 2016 | June 27, 2016 | Deadline to Complete Expert Discovery |
| April 22, 2016 | June 6, 2016 | Serve Disclosures for Rebuttal Expert Witnesses |

| April 1, 2016 | May 16, 2016 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| --- | --- | --- |
| April 8, 2016 | May 9, 2016 | *Deadline for Replies to Letter Briefs |
| April 1, 2016 | May 2, 2016 | *Deadline to File Letter Briefs Regarding Dispositive Motions |
| March 25, 2016 | May 16, 2016 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

**SIGNED this 17th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE