**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC | § § § | |
| v. | § § | Case No. 2:14-CV-690-RSP |
| HTC CORPORATION, ET AL. | § § | |

**Motion Hearing
MAG. JUDGE ROY PAYNE PRESIDING
September 14, 2016**

**OPEN: 9:00 am**                                                                **ADJOURN:   10:00 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi |
| | Jamie Aycock |
| | Andrea Fair |
| | Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Curt Holbreich |
| | Brian Craft |
| LAW CLERK: | Matt Zorn |
| COURT REPORTER: | Karen Tyler |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Claire Henry announced ready and introduced co-counsel.  Brian Craft announced ready and introduced co-counsel.

Curt Holbreich argued Defendants' Emergency Renewed Motion to Stay Pending Final Determination of Inter Partes Review (Dkt. No. 255).  Amir Alavi responded.

The Court granted the stay and set a telephone status conference on January 10, 2017 at 1:30 p.m.  The new jury selection date for this case will be March 27, 2017 if the stay is lifted in January.